decision of these applications. *Mr. Melvin L. Griffith* for petitioner. *Messrs. George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 518. PATRICK CUDAHY FAMILY COMPANY *v.* BOWLES, PRICE ADMINISTRATOR. January 17, 1944. Petition for writ of certiorari to the United States Emergency Court of Appeals denied. *Mr. Richard H. Tyrrell* for petitioner. *Solicitor General Fahy* and *Mr. Richard H. Field* for respondent.

No. 530. BEAMER, ADMINISTRATRIX, *v.* VIRGINIAN RAILWAY Co. January 17, 1944. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied. *Mr. Carlton C. Sanders* for petitioner. *Mr. Lewis A. Nuckols* for respondent.

No. 543. CONSUMERS BREWING Co. *v.* E. F. PRICHARD Co. ET AL. January 17, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Sanford A. Headley* for petitioner. *Mr. Rodman W. Keenon* for respondents.

No. 545. SCHROEPFER ET AL. *v.* A. S. ABELL Co., INC. January 17, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. I. Duke Avnet* and *Wm. Taft Feldman* for petitioners. *Mr. Edwin F. A. Morgan* for respondent.